NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1507


STORM PRODUCTS,

Plaintiff-Appellee,

v.

EBONITE INTERNATIONAL, INC.,
and EBONITE HOLDINGS, INC.,

Defendants-Appellants.


H. Dickson Burton, TraskBritt, P.C., of Salt Lake City, Utah, argued for plaintiff-appellee. With him on the brief were Krista Weber Powell and J. Jeffrey Gunn.

Mark Vorder-Bruegge, Jr., Wyatt, Tarrant & Combs, LLP, of Memphis, Tennessee, argued for defendants-appellants. With him on the brief was Matthew A. Williams, of Louisville, Kentuckey.

Appealed from: United States District Court for the District of Utah

Judge John L. Wagner

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1507

STORM PRODUCTS,

Plaintiff-Appellee,

v.

EBONITE INTERNATIONAL, INC.,
and EBONITE HOLDINGS, INC.,

Defendants-Appellants.

# Judgment

ON APPEAL from the        United States District Court for the District of Utah

In CASE NO(S).        07-CV-00260

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, GAJARSA, and PROST, Circuit Judges).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED *May 7, 2010*        */s/ Jan Horbaly*_____
                *Jan Horbaly, Clerk*